IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JOHN E. ELLISON and
JANEL L. ELLISON,

    Plaintiffs,

  v.                                      CIVIL NO. 2:23-CV-05
                                              (KLEEH)

BLACK ROCK WIND FORCE, LLC and
CLEARWAY ENERGY GROUP, LLC,

    Defendants.

**ORDER DISMISSING CLAIMS AGAINST
DEFENDANT CLEARWAY ENERGY GROUP, LLC**

On June 27, 2023, the parties filed a *Stipulation of Voluntary Dismissal* pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure [ECF No. 12]. Accordingly, all claims against Defendant Clearway Energy Group, LLC are hereby **DISMISSED WITHOUT PREJUDICE.**

It is so **ORDERED.**

The Clerk is **DIRECTED** to transmit copies of this Order to counsel of record.

DATED: June 28, 2023

*/s/ Tom S. Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA